**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC | § | |
| | § | |
| v. | § | |
| | § | Case No.  2:12-CV-776-JRG-RSP |
| UFOOD RESTAURANT GROUP, INC. | § | |
| | § | |

## <u>ORDER</u>

Considering the Suggestion of Bankruptcy Upon the Record, filed on January 11, 2013 by Defendant (Dkt. No. 13),

PLAINTIFF IS HEREBY ORDERED to file within 30 days either (1) a Notice that it has filed in the Bankruptcy Court a motion seeking relief from the automatic stay to reduce this matter to judgment in this Court, or (2) a motion to dismiss this matter without prejudice.  If Plaintiff chooses the first option, it is further directed to file a Notice with the Court as soon as the motion has been decided by the Bankruptcy Court.

**SIGNED this 13th day of May, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE